IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY ANN JOHNSON, et al.,**    ] | |
| ] | |
| **Plaintiffs,**    ] | |
| ] | |
| v.    ] | Civil Action No.: 1:08-cv-01303 (RWR) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,**    ] | |
| ] | |
| **Defendant.**    ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, KELLY ANN JOHNSON and JOSEPH JOHNSON, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046