IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY ANN JOHNSON, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-01303 (RWR) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, KELLY ANN JOHNSON and JOSEPH JOHNSON, in the above-referenced matter.

          Respectfully submitted,

          AARON M. LEVINE & ASSOCIATES


          /s/ Steven J. Lewis
          STEVEN J. LEWIS, #472564
          1320 19th Street, N.W., Suite 500
          Washington, DC  20036
          202-833-8040
          Fax: 202-833-8046