THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY ANN JOHNSON, et al.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**ELI LILLY AND COMPANY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION 1:08-cv-01303 (RWR)** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

    Respectfully submitted,

    SHOOK, HARDY & BACON, L.L.P.

    /s/ John Chadwick Coots
    John Chadwick Coots, D.C. Bar No. 461979
    600 14TH Street, N.W., Suite 800
    Washington, D.C. 20005-2004
    (202) 783-8400 Telephone
    (202) 783-4211 Facsimile

    **ATTORNEY FOR DEFENDANT**
    **ELI LILLY AND COMPANY**

150157v1

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 31st day of July, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine  
Aaron M. Levine & Associates  
1320 19th Street, N.W., Suite 500  
Washington, D.C. 20036  
**Attorneys for Plaintiffs**

                                              /s/ John Chadwick Coots  
                                              **ATTORNEY FOR DEFENDANT**  
                                              **ELI LILLY AND COMPANY**

150157v1